■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN SHIRLEY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 18, 1975, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence. Case remanded to Criminal Term to hear and report on the issues of (1) the voluntariness of defendant's plea of guilty and (2) defendant's fitness to proceed at the time of sentence, and appeal held in abeyance in the interim. Defendant was not heard on the issues of voluntariness and fitness to proceed as required by CPL article 730. Suozzi, J. P., Gulotta, Margett and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. WANDER, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered June 4, 1976, convicting him of burglary in the third degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. While the statement obtained by the police may have been coerced, it is our opinion that, in view of the clear and convincing evidence of defendant's guilt, there is no reasonable probability that he would have been acquitted in the absence of the receipt of the confession (see *People v Crimmins,* 36 NY2d 230). Titone, J. P., Gulotta, Shapiro and Cohalan, JJ., concur.